UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. KAYRON LEE,

## PETITION FOR WRIT OF HABEAS CORPUS

(X) Ad Prosequendum      ( ) Ad Testificandum

1. KAYRON LEE, DOB: 9-21-89, SBI 234084E (hereinafter the "Detainee") is now confined at the ESSEX COUNTY JAIL.

2. The Detainee is charged in this District by: (x) Indictment ( ) Information ( ) Complaint

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings

4. The Detainee will be required at the United States District Court in Newark, New Jersey, before the Honorable Susan D. Wigenton, on Monday, April 28, 2014, at 10:30 p.m., for an initial appearance. A Writ of Habeas Corpus should issue for that purpose.

DATED: April 24, 2014

ROBERT FRAZER
Assistant U.S. Attorney
Petitioner

## ORDER

Let the Writ Issue.

DATED: April 24, 2014

_____
Hon. Susan D. Wigenton, U.S.D.J.

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the ESSEX COUNTY JAIL

WE COMMAND YOU that you have the body of

KAYRON LEE, D/O/B: 9/21/89

now confined at the Essex County Jail, be produced before Honorable Susan D. Wigenton, at the United States District Court, Courtroom 5C, in the Martin Luther King Federal Bldg and Courthouse located in **Newark**, New Jersey, on Monday, April 28, 2014 at 10:30 p.m., so that the Detainee may appear in the above-captioned matter

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge
Newark, New Jersey

DATED: 4/24/14

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk